# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Wanda N. Gbemudu
         Bankruptcy No. 18-14016
         Adversary No.
         Chapter         13

                                          Date:   December 6, 2018

To:         Brad J. Sadek, Esquire
            1315 Walnut Street
            Suite 502
            Philadelphia, PA 19107

## <u>NOTICE OF INACCURATE FILING</u>

         Re:  <u>Objection to Claim Number #11</u>

The above pleading was filed in this office on **12/04/2018**.  Please be advised that the following
document(s) filed contains a deficiency as set forth below:


         ()         Debtor's name does not match case number listed
         ()         Debtor's name and/or case number (is) are missing
         ()         Wrong PDF document attached
         ()         PDF document  not legible
         **(XX)    Notice of Motion/Objection-Date listed on Notice of Objection to Claim #11 is
                   2018 not 2019**
         ()         Electronic Signature missing
         ()         Other


In order for this matter to proceed, please submit the above noted correction within fourteen (14) days
from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail
address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.


                                          Timothy B. McGrath
                                          Clerk



                                          By:  **Antoinette Stevenson**
                                          Deputy Clerk


CM-ECF 14 day notice.frm
4/30/04