# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| Wanda Gbemudu | : | Chapter 13 |
| | : | Case No.: 18-14016-ELF |
| Debtor | : | |

## AMENDED ORDER

AND NOW, this _____ day of _____, 2022, it is hereby ORDERED and DECREED that the Debtor's Motion to Incur Additional Debt is approved and;

AFTER Debtor's spouse's loan is approved the funds are received, Debtor shall pay $69,633.00, or whatever amount is required complete the confirmed bankruptcy plan, directly to the Chapter 13 trustee.

DEBTOR shall continue to pay the proscribed monthly trustee payments until the proceeds from the loan are available.

FURTHER ORDERED:

_____
HONORABLE ERIC L. FRANK
U.S. BANKRUPTCY JUDGE